

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION



RECEIVED

AUG 1 4 2008
AUG 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JESSE ALVIN COLEMAN
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

                 vs.

TOM DART
_____

_____

SALVADOR A. GODINEZ
_____

THOMAS SNOOKS
_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**08cv4613**
**JUDGE LINDBERG**
**MAGISTRATE JUDGE BROWN**

— — — — — — — — — — — —

**CHECK ONE ONLY:**

✓       **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____       **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____       **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

A.    Name: JESSE ALVIN COLEMAN

B.    List all aliases: _____

C.    Prisoner identification number: #20060092250 -N70871

D.    Place of present confinement: COOK COUNTY DEPARTMENT OF CORRECTIONS

E.    Address: P.O. BOX 089002 DIV. #11 · DD #204 · CHICAGO IL. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C.**)

A.    Defendant: TOM DART

       Title: SHERIFF

       Place of Employment: COOK COUNTY DEPARTMENT OF CORRECTIONS

B.    Defendant: SALVADOR A. GODINEZ

       Title: EXECUTIVE DIRECTOR

       Place of Employment: COOK COUNTY DEPARTMENT OF CORRECTIONS

C.    Defendant: THOMAS SNOOKS

       Title: SUPERINTENDANT

       Place of Employment: COOK COUNTY DEPARTMENT OF CORRECTIONS

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: "PARTIAL OUT" 08 C 2108
JESSE ALVIN COLEMAN VS. TOM DART, ET. AL.

B. Approximate date of filing lawsuit: APRIL 14, 2008

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
- JESSE ALVIN COLEMAN -

D. List all defendants: TOM DART
SALVADOR A. GODINEZ
THOMAS SNOOKS

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

F. Name of judge to whom case was assigned: JUDGE LINDBERG
RULE: MAGISTRATE JUDGE BROWN

G. Basic claim made: CIVIL RIGHTS ACT AGAINST THE "PARTIAL OUT" LOCK-DOWN FORCED UPON PRE-TRIAL DETAINEES AND LIVING CONDITIONS CONSIDERED VERY CRUEL, INHUMANE, UNUSUAL PUNISHMENT WITH LACK OF SECURITY MEASURES etc etc

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?):
STILL PENDING

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

DIVISION #11·DD #204, THIS COMPLAINT UNDER THE CIVIL RIGHTS ACT IS AGAINST "TRIPPLE BUNKING AND CRUEL AND UNUSUAL PUNISHMENT OF DETAINEES WITH MEDICAL CONDITIONS" THE AUTHORITIES AT COOK COUNTY JAIL ARE ASSIGN-ING PRE-TRIAL DETAINEES TO A CELL ORIGINALLY INTENDED FOR SINGLE OCCUPANCY IN WHICH THE SINGLE BUNKS WERE REPLACED BY "DOUBLE BUNKS" DOESN'T AMOUNT TO PUNISHMENT WHERE THE DETAINEES ARE REQUIRED TO SPEND ONLY SEVEN TO EIGHT HOURS EACH DAY IN THIER CELL'S BUT AUTHORITIES OF COOK COUNTY JAIL, THOUSANDS OVER CROWDED ARE PUTTING A 3rd DETAINEE ON THE FLOOR IN A 18/6 SITUATION CALLED "THREE AND THREE" 3HR. OUT IN THE MORNING · 3HR. OUT IN THE AFTERNOON OR EVENINGS, 6HR. OUT EVERY-DAY BUT MORE THAN 18 HR. LOCKDOWN IN THE COURSE OF A DAY (SEE EXAMPLE) THIS SITUATION IS CONSIDERED INHUMANE, VERY CRUEL AND UNUSUAL PUNISH-MENT, IN INHUMANE LIVING CONDITIONS ESPECIALLY FOR PRE-TRIAL DETAINEE'S WITH MEDICAL CONDITIONS REQUIRING ADEQUATE SLEEPING MATERAL AND BUNKING, NUT BEING ON A COLD FLOOR WITH FOAM MATTRESS FOR HOURS AT A TIME WITH "3 AND 3", PLUS THE 3rd DETAINEE'S ON THE FLOOR ISN'T CIVIL ENOUGH EVEN FOR INMATES DOWN STATE 18/6 THAT HAVE BEEN CONVICTED, WILL NEVER HAVE A 3rd MAN ON THE FLOOR "NO MATTER THE THOUSANDS OVERCROWDED", AND THEY HAVE

4

BEEN CONVICTED AND DON'T HAVE THE RIGHT TO REFUSE WHAT, WHEN, WHERE OR HOW,
WE PRETRIAL DETAINEE'S DON'T FALL UNDER THAT CATEGORY WE ARE NOT CON-
-VICTED AND STILL PAY TAXES IN THIS SUSPOSED CIVIL HOLDING, WAITING TRIAL, BOND,
HOUSE ARREST, PROBATION OR RELEASE SO WHY DO WE HAVE TO GO THROUGH WITH
THIS "3 MEN TO A SINGLE MAN CELL FOR TWO", THAT THE COOK COUNTY DEPARTMENT
OF CORRECTIONS WRONGFULLY ARE PUTTING PRETRIAL DETAINEES THROUGH THIS CRISIS
WITH OVERCROWDNESS TRYING TO OVERCOME THIER FAULTS BY HIDING PEOPLE, PACKED-
-IN CELLS PUTTING THEM WHEREEVER WITHOUT ASKING OR LISTENING TO PRE-TRIAL
DETAINEE'S MEDICAL CONDITIONS EVEN WHEN STRIP SEARCHING,,,,,,, I HAVE
A MEDICAL CONDITION OF DEGENERATING SPINE WITH ARTHRITIS IN THE UPPER
AND LOWER BACK WITH IN CRONIC BACK PAIN I AM ON MEDICATION FROM 2006
DEC. ~~...~~ TO NOW, STILL SUBJECT TO CRUEL AND UNUSUALLY PAINFULL STRIP SEARCHES
AS WELL AS SLEEPING ON COLD FLOORS *CAUSING MORE EFFECTING PAIN
FROM THE LACK OF ADEQUATE SLEEPING ARRANGEMENTS, MATERIALS FOR THE WINTERY
CELL FLOORS WHICH IS ALSO CRUEL AND UNUSUAL INHUMANE FOR DETAINEES WITH
MEDICAL CONDITIONS WHICH WORSENED MY ARTHRITIS AND SPREADED IT FROM
THE COLD FLOOR'S AND WALL'S FROM MY BACK INTO MY LEFT SHOULDER CAUSING
SEVERE PAIN MAKING IT ALMOST IMPOSSIBLE TO SLEEP, BUT GUARDS DIO'NT LISTEN
OR CARE ABOUT MEDICAL CONDITIONS, TOOK EXTRA BLANKETS, SHEETS, CLOTHES FOR, "THE SAKE
OF OVERCROWDING", THEY SAID THEY WERE FOLLOWING ORDERS AND DOING THIER
JOBS",,,,,,, PLEASE BRING DECENCY AND HUMANITY BACK INTO JAILS NOT "3+3" OR 3 RD
MAN ON FLOOR OR UNUSUAL STRIP SEARCHES WITH NO RESPECT FOR PRE-TRIAL DETAINEES
OR THIER MEDICAL CONDITIONS OR COMPLAINTS, VIOLATING THIER CIVIL RIGHTS,,,,,,,
NOTE * DATES WHEN SLEEPING ON THE FLOOR; NOVEMBER 2ND THROUGH 26TH 2007

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

STOP "3" MEN SLEEPING IN CELLS MADE FOR "1" MAN MADE/ALTERED FOR "2" MEN

STOP ALL 1⅚ OR "3 AND 3" OF DETAINEES IN DEPARTMENT OF COOK COUNTY JAIL

AWARD DAMAGES FOR INHUMANE, CRUEL AND UNUSUAL PUNISHMENT OF THE MEDICAL

CONDITIONS WHEN STRIPPED SEARCHED AND FOR SLEEPING ON THE COLD FLOOR IN CELLS

HAVE JAILS MONITOR ALL MEDICAL CONDITIONS OF PRE-TRIAL DETAINEES FOR SAFETY OF MEDICAL

RELIEF SOUGH FOR DAMAGES OF SLEEPING ON FLOOR AND STRIP SEARCHING THAT CAUSED A WORSENED

MEDICAL CONDITION, CRUEL AND UNUSUAL PUNISHMENT, PAIN, SUFFERING AND INHUMANE LIVING CONDITIONS

**VI.    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO    3·5 MILLION**

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _/1_ day of _MAY_ , 20 _08_

_Jesse A. C_

_____

(Signature of plaintiff or plaintiffs)

JESSE ALVIN COLEMAN

(Print name)

# 20060092250

(I.D. Number)

HOME: 6608 S. WOLCOTT CHICAGO, IL. 60636

P.O. BOX 089002 CHICAGO, IL. 60608

COOK COUNTY DEPARTMENT OF CORRECTIONS

(Address)

Revised 9/2007

DIVISION ELEVEN
"THREE AND THREE"
PARTIAL "OUT" SCHEDULE
AUGUST 2007

| | SUN | MON | TUE | WED | THR | FRI | SAT |
|---|---|---|---|---|---|---|---|
| Am | | | Am | 7-3 **01** UPPER–LOWER 7:30  10:30 | 7-3 **02** LOWER–UPPER | 7-3 **03** UPPER–LOWER | 7-3 **04** LOWER–UPPER |
| Pm | | | Pm | 3-11 UPPER — LOWER 3:30  6:30 | 3-11 LOWER–UPPER | 3-11 LOWER–LOWER | 3-11 LOWER–UPPER |
| A.m. | 7-3 **05** UPPER–LOWER | 7-3 **06** LOWER–UPPER | 7-3 **07** UPPER–LOWER | 7-3 **08** LOWER–UPPER | 7-3 **09** UPPER–LOWER | 7-3 **10** LOWER–UPPER | 7-3 **11** UPPER–LOWER |
| P.m. | 3-11 UPPER — LOWER | 3-11 LOWER–UPPER | 3-11 UPPER–LOWER | 3-11 LOWER–UPPER | 3-11 UPPER–LOWER | 3-11 LOWER–UPPER | 3-11 UPPER–LOWER |
| A.m. | 7-3 **12** LOWER–UPPER | 7-3 **13** UPPER–LOWER | 7-3 **14** LOWER–UPPER | 7-3 **15** UPPER–LOWER | 7-3 **16** LOWER–UPPER | 7-3 **17** UPPER–LOWER | 7-3 **18** LOWER–UPPER |
| P.m. | 3-11 LOWER–UPPER | 3-11 UPPER–LOWER | 3-11 LOWER–UPPER | 3-11 UPPER–LOWER | 3-11 LOWER–UPPER | 3-11 UPPER–LOWER | 3-11 LOWER–UPPER |
| A.m. | 7-3 **19** UPPER–LOWER | 7-3 **20** LOWER–UPPER | 7-3 **21** UPPER–LOWER 7:30  10:30 | 7-3 **22** LOWER–UPPER 7:30  10:30 | 7-3 **23** UPPER–LOWER 7:30  10:30 | 7-3 **24** LOWER–UPPER 7:30  10:30 | 7-3 **25** UPPER–LOWER 7:30  10:30 |
| P.m. | 3-11 UPPER–LOWER | 3-11 LOWER–UPPER | 3-11 UPPER–LOWER | 3-11 LOWER–UPPER | 3-11 UPPER–LOWER | 3-11 LOWER–UPPER | 3-11 UPPER–LOWER |
| Am | 7-3 **26** LOWER–UPPER 7:30  10:30 | 7-3 **27** UPPER–LOWER 7:30  10:30 | 7-3 **28** LOWER–UPPER 7:30  10:30 | 7-3 **29** UPPER–LOWER 7:30  10:30 | 7-3 **30** LOWER–UPPER 7:30  10:30 | 7-3 **31** UPPER–LOWER 7:30  10:30 | |
| Pm | 3-11 LOWER–UPPER | 3-11 UPPER–LOWER | 3-11 LOWER–UPPER | 3-11 UPPER–LOWER | 3-11 | 3-11 | |

NOTE: UPPER OR LOWER "OUT" STATUS WILL BE DESIGNATED BY EITHER OF
THESE WORDS ON EACH SHIFT.          START DATE: AUGUST 21, 2007